is denied. *Messrs. Joseph F. Rutherford* and *Hayden C. Covington* for petitioner. *Mr. Harris C. Arnold* for respondent.

No. 687. KERNOCHAN, EXECUTOR, *v.* UNITED STATES. March 25, 1940. Petition for writ of certiorari to the Court of Claims denied. *Mr. L. L. Hamby* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Arnold Raum* for the United States.

No. 697. RUBENSTEIN *v.* UNITED STATES. March 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Wm. E. Leahy, Wm. J. Hughes, Jr.,* and *James F. Reilly* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Joseph W. Burns* and *Lee A. Jackson* for the United States.

No. 702. GLADE CANDY CO. *v.* FEDERAL TRADE COMMISSION;
No. 703. SHUPE-WILLIAMS CANDY CO. *v.* SAME; and
No. 704. OSTLER CANDY CO. *v.* SAME. March 25, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Herldon H. Bowen* for petitioners. *Solicitor General Biddle, Assistant Attorney General Arnold,* and *Messrs. Charles H. Weston* and *W. T. Kelley* for respondent.

No. 706. ELMWOOD CORPORATION *v.* UNITED STATES. March 25, 1940. Petition for writ of certiorari to the